Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 95 C 6553 | **DATE** | 6/1/2001 |
| **CASE TITLE** | Gallagher Corp. et al. Vs. Massachusetts Mutual Life etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Judgment Order of Dismissal. It is hereby ordered that the above-captioned cause is dismissed with prejudice, and a judgment of dismissal is hereby entered, all matters in controversy among the parties having been compromised and settled.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | 3 number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | JUN 0 4 2001 date docketed | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | 82 |
| | Mail A 450 form. | ED-7 FILED FOR DOCKETING 01 JUN -1 PM 4:48 | JUN 0 4 2001 date mailed notice | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GALLAGHER CORPORATION, an Illinois corporation, individually and in its capacity as sponsor of the Gallagher Corporation Employee Defined Benefit Pension Plan, and RICHARD J. GALLAGHER, SR. and MARY I. GALLAGHER, individually and as Trustees of the Gallagher Corporation Employee Defined Benefit Pension Plan, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 95 C 6553 ) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a corporation, | ) Judge Moran ) ) ) |
| Defendant. | ) |

DOCKETED
JUN 0 4 2001

## JUDGMENT ORDER OF DISMISSAL

This cause coming before the Court on the Stipulation of the parties hereto, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned cause is dismissed with prejudice, and a judgment of dismissal is hereby entered, all matters in controversy among the parties having been compromised and settled.

DATE: June 1, 2001

ENTER:

*James B. Moran*
United States District Judge

David J. Novotny
Peterson & Ross
200 East Randolph Drive
Suite 7300
Chicago, Illinois 60601
(312) 861-1400
P:\DJN\WP\64692\dismissalorder.1